# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRENDA PATTERSON, Personal Representative of the Estate of Wade Fallon Patterson, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.;<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  CV-21-247-RAW<br>)<br>)<br>)<br>) |

## UNITED STATES OF AMERICA'S RESPONSE TO DEFENDANTS' KATHERINE WILSON, R.N. AND ROBISON MEDICAL GROUP, LLC'S MOTION TO EXTEND SCHEDULING ORDER DEADLINES

COMES NOW the Defendant United States of America, by and through counsel Christopher J. Wilson, United States Attorney for the Eastern District of Oklahoma, and Jason Poe and Susan Brandon, Assistant United States Attorneys, and in response to the Court's Order (Doc. #102) would state it has no objection to Defendants', Katherine Wilson, R.N. and Robison Medical Group, LLC's Motion to Extend Scheduling Order Deadlines (Doc. #101), and agrees with the dates as outlined in said Motion.

**WHEREFORE**, the United States prays that Defendants' Motion to Extend Scheduling Order Deadlines be granted.

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

*s/ Jason Poe*
JASON POE, LA Bar No. 31918
Assistant United States Attorney
520 Denison Avenue
Muskogee, OK 74401
Phone: 918-684-5112
Email: jason.poe@usdoj.gov

1

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 6th day of February, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF System. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants: Michael Barkett at mbarkett@smithbarkett.com, Elizabeth Hall at ehall@rodolftodd.com, Kelsey Payton at Kelsey@rodolftodd.com, Sidney Smith at Ssmith@richardsconnor.com, and Adam Wilson at Awilson@richardsconnor.com.

                                           *s/ Jason Poe*
                                           Assistant United States Attorney
                                           Jason Poe